## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER SCHAFFTER, a minor, by** | : | **CIVIL ACTION** |
| **Debra Petty, as Parent and Natural** | : | |
| **Guardian** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SMITHKLINE BEECHAM CORPORATION** | : | |
| **d/b/a GLAXOSMITHKLINE** | : | **NO. 11-2828** |

### ORDER

**AND NOW**, this 12th day of December, 2011, upon consideration of the Plaintiff's

Motion to Remand (Document No. 2), the defendant's response, and after oral argument,

it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to

28 U.S.C. § 1447(c), to the state court from which it was removed.


      /s/Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.